# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| PATRICK HIGGINS,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST HORIZON NATIONAL CORP., a Tennessee Corporation, et al.,<br><br>    Defendants. | CV-15-101-GF-BMM<br><br>**ORDER** |

A telephonic status conference was held on November 16, 2017.

Accordingly, **IT IS HEREBY ORDERED** that on or before **December 1, 2017**, the Plaintiff will notify the Court, in writing, if he would like to participate in another settlement conference.

DATED this 16th day of November, 2017.

Brian Morris
United States District Court Judge