UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PATRICK HIGGINS,<br><br>              Plaintiff,<br><br>vs.<br><br>FIRST HORIZON NATIONAL, CORP., et al.,<br><br>              Defendants. | Case No. CV-15-101-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X **   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      1. The Court hereby enters judgment on behalf of Defendants;

      2. The Court further orders that each side shall bear its own fees and costs;

      3. This judgment is final and disposes of all claims and all parties and shall be appealable;

      4. Pursuant to Fed. R. Civ. P. 58, the Court orders that the Clerk of Court shall enter judgment by separate document according to the terms outlined above; and,

5. The Clerk of Court shall notify the parties of the making of this Order.

Dated this 8th day of March, 2018.

        TYLER P. GILMAN, CLERK

        By: /s/ S. Redding
            S. Redding, Deputy Clerk